IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Schultz, April M

Printed: 12/19/07

Case Number: 06 B 16176
Judge: Goldgar, A. Benjamin
Filed: 12/7/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 6, 2007
Confirmed: February 27, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,000.00 |  |
| Secured: |  | 14,190.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 810.00 |
| Other Funds: |  | 0.00 |
| Totals: | 15,000.00 | 15,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | AMC Mortgage Services Inc | Secured | 20,611.55 | 12,572.95 |
| 3. | AMC Mortgage Services Inc | Secured | 27,651.08 | 1,617.05 |
| 4. | DaimlerChryster Financial | Unsecured | 544.84 | 0.00 |
| 5. | Swiss Colony | Unsecured | 47.06 | 0.00 |
| 6. | United States Dept Of Education | Unsecured | 1,380.76 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 35.21 | 0.00 |
| 8. | Malcolm S Gerald & Assoc | Unsecured |  | No Claim Filed |
| 9. | Northwest | Unsecured |  | No Claim Filed |
| 10. | RMC | Unsecured |  | No Claim Filed |
| 11. | Resurrection Medical | Unsecured |  | No Claim Filed |
|  |  |  | $ 50,270.50 | $ 14,190.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 810.00 |
|  | $ 810.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Schultz, April M

Printed: 12/19/07

Case Number:  06 B 16176
Judge:  Goldgar, A. Benjamin
Filed:  12/7/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

